UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI  DIVISION

CASE NO.:22-cv-21575-COOKE/DAMIAN

Angel Garcia
and other similarly situated individuals,

      Plaintiff(s),

v.

The Gurkin Family Limited Partnership

      Defendant,

_____/

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff Angel Garcia has agreed to settle his claims

against Defendant The Gurkin Family Limited Partnership. Pursuant to *Lynn's Food*

*Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under

the FLSA may be settled or compromised only with the approval of the Court or the

Secretary of Labor.  To this end, the parties are in the process of finalizing all the necessary

settlement documentation.

Dated: July 26, 2022

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  July 26, 2022.

Respectfully submitted,

_/s/ Zandro E. Palma_____
ZANDRO E. PALMA, ESQ.

## **SERVICE LIST**
## **CASE NO.: 22-cv-21575-COOKE/DAMIAN**

Sarah Steinbaum, Esq
**Sarah Steinbaum, PA**
2828 Coral Way Ste 540
Miami, FL 33145-3228
Office: 305-358-7676
Cell: 305-358-7676
E-mail: sarah@sarahsteinbaum.com
*Counsel for Defendant*

Zandro E. Palma, Esq.
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*